IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KEVIN DEWAYNE WHITE, #660398 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv919 |
| JERRY ADAMS, JR., ET AL. | § | |

<u>ORDER OF PARTIAL DISMISSAL</u>

The above-entitled and numbered civil action was heretofore directly assigned to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (doc. #15) is **ADOPTED**. It is further

**ORDERED** that the Plaintiff may proceed with his excessive use of force claims against Lt. Jerry Adams, Jr., and Sgt. Delacruz Torres. It is finally

**ORDERED** that the Plaintiff's claims against Warden Stuart Calhoun are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**IT IS SO ORDERED**.

**SIGNED this 6th day of April, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE